UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACING INC. d/b/a GRACE IN LA, a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>E.K. BLUE, INC. d/b/a KEYA JEANS, a California corporation; and DOES 1-10,<br><br>    Defendants. | Case No. CV-16-05107-MWF (SSx)<br><br>**CONSOLIDATED JUDGMENT** |

The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, pursuant to Plaintiff's Motion for Summary Judgment. (Docket No. 24). Having considered Plaintiff's unopposed Motion for Summary Judgment, as well as all the pleadings and evidence presented in connection with the Motion, the Court granted summary judgment against Defendant on June 28, 2017. Judgment was entered pursuant to Rule 58 of the Federal Rules of Civil Procedure and Local Rule 58-6. (Docket No. 37).

Plaintiff subsequently moved for attorneys' fees (Docket No. 46), which the Court granted on January 31, 2018. (Docket No. 50)

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. In conformance with the Court's prior Order Re: Motion for Summary Judgment, judgement is entered for Gracing Inc. d/b/a Grace in LA ("Grace") and against Defendant E.K. Blue, Inc. d/b/a Keya Jeans ("Keya") on Grace's copyright infringement claim, in the amount of **$150,000.00** in statutory damages.
2. In conformance with the Court's prior Order Granting Plaintiff's Motion for Award of Attorneys' Fees, Grace shall recover from Keya attorneys' fees in the amount of **$47,837.25** and costs of **$400.00**.
3. Judgement is entered in the total sum of **$198,237.25.**
4. Grace shall further recover post-judgment interest on all sums herein as provided by law.

Dated: April 13, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge